## McDaniels Appeal.

Argued March 22, 1971. *Marina Angel,* Assistant Defender, with her *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## McGinnis *v.* Ink, Appellant.

Argued March 19, 1971. *P. Richard Klein,* with him *Klein and Head,* for appellant; *C. Richard Morton,* for appellee.

Order affirmed.

HOFFMAN, J., absent.